IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00846-WYD-MEH

STEVEN L. NEWMAN,

    Plaintiff,

v.

DENVER DEPARTMENT OF HUMAN SERVICES;
ROXANNE WHITE, Manager;
DENVER MAYOR'S OFFICE;
KELLY BROUGH, Chief of Staff,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 30, 2006.**

    Plaintiff indicates that no Defendants have been served, and the record demonstrates that no responsive pleading has been filed. Therefore, leave of court to amend his pleading is not required under Fed.R.Civ.P. 15(a). However, to ensure a clear record, Plaintiff's Motion to Amend Complaint [Filed May 25, 2006; Docket #5] is **granted**.

    The Amended Complaint filed on May 25, 2006 (Docket #6), is hereafter deemed the governing pleading in this case. For future reference, however, amended pleadings are merely tendered to the Court as an exhibit to the motion requesting the amendment as found under District of Colorado ECF Procedure V(H)(3).