IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00846-WYD-MEH

STEVEN L. NEWMAN,

      Plaintiff(s),

v.

THE CITY AND COUNTY OF DENVER,

      Defendant(s).

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the Stipulated Motion to Dismiss with Prejudice, filed October 18, 2006.  After a careful review of the motion and the file, the court concludes that the motion should be **GRANTED**, and the claims and causes of action against Defendant should be dismissed with prejudice.  Accordingly, it is

ORDERED that the claims and causes of action asserted in this case are **DISMISSED WITH PREJUDICE**, each party to pay their own costs and attorney's fees.

Dated:  October 19, 2006

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    U. S. District Judge